```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                     CASE NO. 08 B 05107
    JAROSLAW BARBACHEN
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-6817


-------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 03/04/2008 and was not confirmed.

     The case was dismissed without confirmation 04/30/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID           PAID
-------------------------------------------------------------------------------

ALBANY BANK & TRUST        SECURED NOT I        .00           .00           .00
AMERICAN GENERAL FIN       SECURED NOT I        .00           .00           .00
AMERICAN GENERAL FINANCI   SECURED NOT I        .00           .00           .00
AMERICAN EAGLE BANK        SECURED NOT I        .00           .00           .00
AMERICAN EAGLE BANK        UNSECURED      NOT FILED          .00           .00
IRWIN MORTGAGE CORP        CURRENT MORTG        .00           .00           .00
IRWIN MORTGAGE CORP        SECURED NOT I        .00           .00           .00
MID AMERICA FEDERAL S &    SECURED NOT I        .00           .00           .00
NATIONAL CITY CENTER       CURRENT MORTG        .00           .00           .00
NATIONAL CITY CENTER       SECURED NOT I        .00           .00           .00
NISSAN INFINITI            SECURED NOT I        .00           .00           .00
NISSAN INFINITI            SECURED NOT I        .00           .00           .00
ARROW FINANCIAL SERVICES   UNSECURED      NOT FILED          .00           .00
CITIBANK                   UNSECURED      NOT FILED          .00           .00
CITIBANK                   UNSECURED      NOT FILED          .00           .00
CITIBANK                   UNSECURED      NOT FILED          .00           .00
CITIFINANCIAL RETAIL S     UNSECURED      NOT FILED          .00           .00
CITIFINANCIAL RETAIL S     UNSECURED      NOT FILED          .00           .00
CITIFINANCIAL RETAIL S     UNSECURED      NOT FILED          .00           .00
GEMB SAMS                  UNSECURED      NOT FILED          .00           .00
MENARDS/HSBC               UNSECURED      NOT FILED          .00           .00
RESURGENT CAPITAL SERVIC   UNSECURED      NOT FILED          .00           .00
WASHINGTON MUTUAL/PROVID   UNSECURED      NOT FILED          .00           .00
TENENBAUM LA FATA CHARTE   DEBTOR ATTY          .00                         .00
TOM VAUGHN                 TRUSTEE                                          .00
DEBTOR REFUND              REFUND                                           .00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                           RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                          .00

PRIORITY                                              .00
SECURED                                               .00
```

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 05107 JAROSLAW BARBACHEN

```
UNSECURED                                                              .00
ADMINISTRATIVE                                                         .00
TRUSTEE COMPENSATION                                                   .00
DEBTOR REFUND                                                          .00
                                    ---------------    ---------------
TOTALS                                          .00                .00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
   Dated: 07/22/08                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```